**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60896-EA**

**Karolyn Fabiola Carpio Morillo,**

      Petitioner,

v.

**Kristi Noem,**
**Garrett J. Ripa,**
**Warden Broward Transitional Center,**

      Respondents.

_____/

## <u>ORDER TRANSFERRING PETITION</u>

This cause comes before the Court on sua sponte review of the record. In the petitioner's motion to return the petitioner to the Southern District of Florida, the petitioner states that she has been transferred to the South Louisiana ICE Processing Center in Basile, Louisiana. ECF No. 4. Because the petitioner is no longer within the territorial jurisdiction of this Court, this Court lacks jurisdiction over the petition. *See* 28 U.S.C. § 2241(a); *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court shall **TRANSFER** this petition to the United States District Court for the Western District of Louisiana. *See* 28 U.S.C. § 98(c).

2. The petitioner's motion to return the petitioner [ECF NO. 4] is **DENIED AS MOOT**.

3. This **CASE IS CLOSED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 8th day of April 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Phillip Arroyo**
The Arroyo Law Firm
390 North Orange Avenue
Suite 2185
ORLANDO, FL 32801
4077709000
Email: Phillip@ChillCallPhil.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Francisco Armada**
United States Attorneys Office
Civil Division
500 East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33394
954-660-5931
Email: Francisco.Armada@usdoj.gov

2