# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**KAROLYN FABIOLA CARPIO MORILLO**          **CASE NO.  6:26-CV-01093 SEC P**

**VERSUS**                                   **JUDGE EDWARDS**

**WARDEN BROWARD TRANSITIONAL**             **MAGISTRATE JUDGE PEREZ-MONTES**
**CENTER ET AL**

## TRANSFER ORDER

Considering the transfer to this Court of the above-captioned action on April 8, 2026, formerly Case No. 0:26-cv-60896, United States District Court, Southern District of Florida,

IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

(1)     File an Application to Practice in this Court;

(2)     File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

(3)     Secure substitute counsel admitted to practice in this court for the party presently being represented.

THUS DONE in Chambers on this _____14th_____ day of _____April_____, 2026.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge